UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

1:26-mj-00053-DJS-1

FERNANDO de JESUS-MERINO,

Defendant.

---

## ORDER APPROVING WAIVER OF DETENTION HEARING

A Criminal Complaint, sworn to before Magistrate Judge Daniel J. Stewart on March 9, 2026 charges Defendant with Illegal Reentry of an Alien in violation of 8 U.S.C. 1326(a).

The Defendant appeared before the undersigned for an Initial Appearance on May 7, 2026. During the proceeding, the Government moved for detention. Defendant, after conferring with his counsel, waived his right to a Detention Hearing on June 2, 2026 and consented to detention, reserving his right to reapply to the Court for reconsideration at a later date.

Based on the foregoing, it is hereby ORDERED that pursuant to Fed. R. Crim. P. 32.1(a)(1) and 46(c), and pursuant to 18 U.S.C. §§ 3142 and 3143, the Defendant shall be held without bail.

**IT IS SO ORDERED.**

DATED:     June 2, 2026
           Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge