UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.

FERNANDO de JESUS-MERINO,

     Defendant.

1:26-mj-00053-DJS-1

---

## <u>ORDER APPROVING WAIVER OF PRELIMINARY HEARING</u>

Defendant was arrested by authorities on or around May 7, 2026 and made an initial appearance that same date before the Honorable Daniel J. Stewart, U.S. Magistrate Judge.

After conferring with counsel, Defendant voluntarily waived his right to a preliminary examination. In announcing that waiver, Defendant's counsel advised that they had explained the nature of the preliminary examination to the Defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the Defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof. Defendant reserved his right to request such hearing at a later time, if necessary.

Based upon the foregoing, including Defendant's voluntary representations, it is hereby **ORDERED**, that Defendant's waiver of his right to a preliminary hearing without prejudice, which I find to have been knowing, intelligent, and voluntary, is accepted;

**SO ORDERED.**

DATED:     June 2, 2026
             Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge